## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TREMEBIO, INC.,

      *Plaintiff,*

      v.

THOMAS KIM,

      *Defendant.*

      :
      :
      :
      :   **CIVIL NO. 26-3747**
      :
      :
      :
      :

## ORDER

**AND NOW**, this **22nd** day of **July 2026**, upon consideration of Plaintiff TremeBio Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 6), upon consideration of Defendant Thomas Kim's Motion for a Preliminary Injunction (ECF No. 15), and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 6) is **GRANTED**.

2. Defendant's Motion (ECF No. 15) is **DENIED**.

3. The Court's Order granting a Temporary Restraining Order remains in effect for the pendency of this litigation or until the Court otherwise vacates it.

BY THE COURT:

**HON. KAI N. SCOTT**
**United States District Court Judge**